UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Lynn Rita Davis Coleman,                                 Case No. 15-cv-4419 (WMW/HB)

        Plaintiff,

    v.                                                                **ORDER ADOPTING REPORT AND RECOMMENDATION**

Mpls. Public School SSD #1 and
Catalina Salas

        Defendants.

---

This matter is before the Court on the July 20, 2016 Report and Recommendation of United States Magistrate Judge Hildy Bowbeer.  (Dkt. 38.)  No objections to the Report and Recommendation have been filed in the time period permitted.

Based on the Report and Recommendation and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

    1.    The July 20, 2016 Report and Recommendation, (Dkt. 38), is **ADOPTED**.

    2.    Defendants' motion to dismiss, (Dkt. 13), is **GRANTED** as to Plaintiff's Minnesota Human Rights Act claim and all claims against Defendant Catalina Salas and those claims are **DISMISSED WITH PREJUDICE**.

    3.    Defendants' motion to dismiss, (Dkt. 13), is **DENIED** as to Plaintiff's claims against Defendant Mpls. Public School SSD #1 under Title VII of the Civil Rights Act of 1964 and the Age Discrimination in Employment Act.

    4.    Plaintiff's request to amend her Complaint to add allegations against Defendant Catalina Salas is **DENIED**.

5. The Clerk of Court shall attach the March 2015 charge and September 2015 right-to-sue notice[1] to Plaintiff's Complaint, (Dkt. 1).

Dated: September 8, 2016              /s Wilhelmina M. Wright
                                      Wilhelmina M. Wright
                                      United States District Judge

---

[1] These documents are Exhibits 4 and 6, (Dkt. 15-1 at 8-9, 12-13) to Defendants' motion to dismiss, (Dkt. 13).